```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-00787-RNO
Kevin Joseph Brown                                                  Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5         User: admin                Page 1 of 2         Date Rcvd: Jun 18, 2018
                             Form ID: 318               Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
```
db             +Kevin Joseph Brown,    2241 State Route 106,    Clifford Twp., PA 18441-7718
5028362        +Cardworks/spruce/viewt,    2600 Weston Pkwy,    West Des Moines, IA 50266-7301
5028364        +Citibank/The Home Depot,    Citicorp Cr Srvs/Bankrup.,    Po Box 790040,
                 St Louis, MO 63179-0040
5028365        +Citicards Cbna,    Citicorp Credit Svc/Bankrupt,    Po Box 790040,    Saint Louis, MO 63179-0040
5028366        +Community Bank & Trust,    521 Main Street,    Forest City, PA 18421-1421
5028367        +Diane Miller,    768 Tennessee Gas Road,    Union Dale, PA 18470-7224
5028369        +Fortiva/Atlanticus,    5 Concourse Pkwy Ste 300,    Atlanta, GA 30328-6101
5028370        +Interstate Recovery Service,    PO Box 8125,    Virginia Beach, VA 23450-8125
5028371         Johnson Motor Sales, Inc.,    5049 PA 374,    Lenoxville, PA 18441
5028376        +PEBTF- Collection,    150 South 43rd St.,    Ste. 1,    Harrisburg, PA 17111-5700
5028378         Spruce Lending, Inc,    PO Box 660250,    Dallas, TX 75266-0250
5028382        +Volt Viewtech,inc.,    4761 E Hunter Ave,    Anaheim, CA 92807-1940
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5028359        +EDI: TSYS2.COM Jun 18 2018 22:58:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
5028360        +EDI: CAPITALONE.COM Jun 18 2018 22:58:00      Capital One,    Attn: General Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
5028361        +EDI: CAPITALONE.COM Jun 18 2018 22:58:00      Capital One,    General Corr/Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
5028363        +EDI: CHASE.COM Jun 18 2018 22:58:00      Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
5028372        +EDI: AGFINANCE.COM Jun 18 2018 22:58:00      Onemain Financial,    Attn: Bankruptcy,
                 Po Box 3251,    Evansville, IN 47731-3251
5028373        +E-mail/Text: bankruptcynotices@psecu.com Jun 18 2018 18:53:26      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5029897        +EDI: PRA.COM Jun 18 2018 22:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5028377        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 18 2018 18:53:23      Quicken Loans, Inc.,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
5028379        +EDI: RMSC.COM Jun 18 2018 22:58:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
5028380        +EDI: RMSC.COM Jun 18 2018 22:58:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
5028383        +EDI: WFFC.COM Jun 18 2018 22:58:00      Wells Fargo Financia,    Po Box 94498,
                 Las Vegas, NV 89193-4498
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Fortiva/Atlanticus,    5 Concourse Pkwy,    STE 300,    Atlanta, GA 30328-6101
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5028368*       +Diane Miller,    768 Tennessee Gas Road,    Union Dale, PA 18470-7224
5028374*       +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5028375*       +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5028381*       +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                  TOTALS: 0, * 6, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:

      James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
      Mark J. Conway   (Trustee)   PA40@ecfcbis.com,
       mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
      Michael Joseph Laffey   on behalf of Plaintiff   Pennsylvania Employees Benefit Trust Fund
       mlaffey@subrogation.com, info@subrogation.com
      Paul P Ackourey   on behalf of Debtor 1 Kevin Joseph Brown ackoureyandturel@gmail.com,
       backourey@ackoureyandturel.com
      Paul P Ackourey   on behalf of Defendant Kevin  Brown ackoureyandturel@gmail.com,
       backourey@ackoureyandturel.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kevin Joseph Brown** | Social Security number or ITIN xxx–xx–3841 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN ____ |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:18–bk–00787–RNO** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kevin Joseph Brown

**By the court:**

June 18, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**