```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 18-00787-RNO
Kevin Joseph Brown                                                Chapter 7
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Jun 19, 2019
                              Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
db            +Kevin Joseph Brown,    2241 State Route 106,    Clifford Twp., PA 18441-7718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

---

                       **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Michael Joseph Laffey    on behalf of Creditor    PEBTF mlaffey@subrogation.com,
               info@subrogation.com
              Michael Joseph Laffey    on behalf of Plaintiff    Pennsylvania Employees Benefit Trust Fund
               mlaffey@subrogation.com,    info@subrogation.com
              Paul P Ackourey    on behalf of Debtor 1 Kevin Joseph Brown ackoureyandturel@gmail.com,
               backourey@ackoureyandturel.com
              Paul P Ackourey    on behalf of Defendant Kevin  Brown ackoureyandturel@gmail.com,
               backourey@ackoureyandturel.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kevin Joseph Brown,                                      Chapter      7

**Debtor 1**
                                                         Case No.     5:18−bk−00787−RNO

Social Security No.:
                              xxx−xx−3841

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Mark J. Conway (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 19, 2019                          By the Court,

*(signature)*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

**fnldec** (05/18)